JS-6

LYNN HUBBARD III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>    vs.<br><br>Foothill Village Plaza, LLC,<br><br>    Defendants. | Case No. CV13-03347 RSWL (Ex)<br><br>**Judgment** |

///

///

///

*Vogel v. Foothill Village Plaza, LLC*            Case No. CV13-03347 RSWL (Ex)

Judgment

Page 1

1     Pursuant to defendant Foothill Village Plaza, LLC's Rule 68 Offer of Judgment, and Plaintiff Martin Vogel's acceptance thereof, judgment is hereby entered in favor of Plaintiff as follows:

1. Defendant Foothill Village Plaza, LLC shall pay Plaintiff the sum of five thousand one dollars and zero cents ($5,001.00);
2. Defendant shall remove all barriers to access complained of by Plaintiff in his Complaint;
3. Defendant shall pay Plaintiff's reasonable costs of suit and reasonable attorneys' fees, the amounts of which will be determined by this Court *via* Plaintiff's Motion for Attorneys' Fees and Costs

IT IS SO ORDERED.

DATED: August 13, 2013          /s/ Ronald S. W. Lew
                                        Hon. Ronald S. W. Lew
                                        Senior U.S. District Court Judge